UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
NATALIE CONWAY and SEAN CONWAY,

                                                                                    **Civil Action No.:**

        Plaintiffs,

   -against-

                                                                        **Rule 7.1(a) Statement**

ALICE LEWIS, JUDGE W. LEWIS, SWIFT
TRANSPORTATION and ANDREW H. PETERS,

        Defendants-Petitioners.
------------------------------------------------------------------------ X

M A D A M S/S I R S:

    Defendant, Swift Transportation Co., Inc. s/h/a Swift Transportation is a corporation created under the laws of the State of Arizona and maintains its principal place of business within that state. Swift Transportation is a publicly held company listed on the NASDAQ exchange. There is no corporation which owns 10% or more of Swift's stock.

    Defendant, Andrew H. Peters is an individual and therefore has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

Dated:      New York, New York
               September 11, 2007
                              Yours etc.,

               WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

               By:    _____
                        Adam Schwartzstein (AS- 5112)
                        Attorneys for Defendants-Petitioners
                        SWIFT TRANSPORTATION and ANDREW H. PETERS
                        150 East 42nd Street
                        New York, New York 10017-5639
                        (212) 490-3000
                        Our file no.: 07214.00083

2943840.1

To:    FRAIDEN & PALEN
Attorneys for Plaintiffs
327 East 149th Street
Bronx, New York 10451
(718) 993-9911

ALICE LEWIS
502 Oak Street
Stroudsburgh, PA 18360

JUDGE W. LEWIS
711 Briar Cliff Road
Montgomery, AL 36111