UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NATALIE CONWAY and SEAN CONWAY,

                         Plaintiff(s)

      - against -                    APPEARANCE

ALICE LEWIS, JUDGE LEWIS, SWIFT    Case Number: 07-CV-8040 (PAC)
TRANSPORTSATION and PETER ANDREWS,

                        Defendant(s)

**To the Clerk of this court and all parties of record:**

    Enter my appearance as counsel in this case for Defendant Alice Lewis and Judge Lewis.

    I certify that I am admitted to practice in this court.

DATED:    Westbury, New York
              March 20, 2008

                                          John W. Kondulis, Esq. (JK4978)
                                          JAMES G. BILELLO & ASSOCIATES (JB7226)
                                          Attorneys for Defendant Judge Lewis
                                          875 Merrick Avenue
                                          Westbury, New York 11590
                                          (516) 229-4312
                                          Our File Number: 08K0376
                                          Claim Number: 0170953630101016 (J103)

TO:
Fraiden & Palen ,Esqs.
Attorneys for Plaintiff(s)
327 East 149th Street
Bronx, NY 10451
718 993-9911

Wilson Elser Moskowitz Edelman & Dicker
Attorneys for Co-Defendant(s)
150 East 42nd Street
New York, NY 10017
212-490-3000