AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)    SS.:
COUNTY OF NASSAU )

      Joan Panzella, being duly sworn, deposes and says that she is not a party to this action and is employed by the attorneys for the within named defendant(s) herein.  That on the _____ day of March, 2008, she served the annexed Appearance upon the following named attorney(s) and party(s) by depositing a true copy of the same securely enclosed in a post-paid wrapper in a Post Office Box regularly maintained by the United States Government at 875 Merrick Avenue Westbury, New York 11590, in said County of Nassau directed to said attorney(s) and party(s) at:

| | |
|---|---|
| Fraiden & Palen ,Esqs. | Wilson Elser Moskowitz Edelman & Dicker |
| Attorneys for Plaintiff(s) | Attorneys for Defendant(s) |
| 327 East 149th Street | 150 East 42nd Street |
| Bronx, NY 10451 | New York, NY 10017 |
| 718 993-9911 | 212-490-3000 |

that being the address within the State designated by them for that purpose upon the preceding papers in this action, or the place where they then kept an office, between which places there then was and now is a regular communication by mail.

Deponent is over the age of eighteen (18) years.

                                                                              Joan Panzella

Sworn to before me this
_____ day of March, 2008

_____
      Notary Public