UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NATALIE CONWAY and SEAN CONWAY,

                Plaintiff(s)

- against -

ALICE LEWIS, JUDGE LEWIS, SWIFT
TRANSPORTSATION and PETER ANDREWS,

                Defendant(s)

APPEARANCE

Case Number: 07-CV-8040 (PAC)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for Defendant Alice Lewis and Judge Lewis.

I certify that I am admitted to practice in this court.

DATED:    Westbury, New York
               March 20, 2008

               _s/ John W. Kondulis, Esq.
               _____
               John W. Kondulis, Esq. (JK4978)
               JAMES G. BILELLO & ASSOCIATES (JB7226)
               Attorneys for Defendant Judge Lewis
               875 Merrick Avenue
               Westbury, New York 11590
               (516) 229-4312
               Our File Number: 08K0376
               Claim Number: 0170953630101016 (J103)

TO:
Fraiden & Palen ,Esqs.
Attorneys for Plaintiff(s)
327 East 149th Street
Bronx, NY 10451
718 993-9911

Wilson Elser Moskowitz Edelman & Dicker
Attorneys for Co-Defendant(s)
150 East 42nd Street
New York, NY 10017

212-490-3000