# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2008

September 11, 2008

**VIA FACSIMILE – 212-805-6304**

Judge Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York,, NY 10007

**MEMO ENDORSED**

Re   *Natalie Conway and Sean Conway v. Alice Lewis, Judge Lewis, Swift Transportation and Andrew Peters*
Date of Loss       :   1/1/07
**Civil Index No.**   :   **07 CV 8040**
Our File No.       :   07214.00083

Dear Judge Crotty:

My law firm represents the defendants Swift Transportation and Andrew Peters in the above referenced matter.

Pursuant to Court Order dated July 16, 2008, all factual discovery in this action shall be completed by September 15, 2008, and all expert discovery shall be completed by October 30, 2008. A pre-trial conference is scheduled for October 2, 2008 at 4:30 p.m.

We are respectfully requesting an extension of time to complete factual and expert discovery, and are requesting an adjournment of the October 2, 2008 conference. This is the first request for an extension and adjournment, and it is on the consent of all parties.

It is proposed that the date to complete factual discovery is extended to November 15, 2008, expert discovery extended to December 15, 2008, and a conference in this action is to be held on a date and time established by the Court. Three alternative conference dates are December 9, 2008, December 10, 2008 and December 11, 2008.

3352171.1

Page 2
Our file no.: 07214.00083

If you have any questions, please feel free to contact the undersigned at anytime. Thank you for your time and attention.

                                         Very truly yours,

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                         Adam Schwartzstein

cc     Fraiden & Palen
       Attorneys for plaintiff
       VIA FACSIMILE: 718-401-3328

       James G. Bilello & Associates
       Attorneys for defendants Lewis
       VIA FACSIMILE – 516-229-4303

Application GRANTED. And The conference is adjourned to 12/9/08 at 3:30 pm in Courtroom 20-C

SO ORDERED: SEP 1 2 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3352171.1