UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Natalie Conway, et al.,

                Plaintiffs,

   -against-

Alice Lewis, et al.,

                Defendants.

-----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: September 30, 2009

**07 Civ. 8040 (PAC)**
**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. The Clerk of Court is directed to close this case.

Dated:  New York, New York
       September 30, 2009

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge